# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| Tristar Products, Inc. | | |
| | Plaintiff, | 21-00145 |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| | Defendant. | **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**MARIO TOSCANO, CLERK OF THE COURT**

| PROTEST | |
|---|---|
| Port of<br>Entry: San Francisco | Date Protest<br>Filed: December 10, 2020<br>        February 23, 2021 |
| Protest<br>Number: 2809-20-107609<br>        2809-21-108029 | Date Protest<br>Denied: December 14, 2020<br>        March 24, 2021 |
| Importer: Tristar Products, Inc. | |
| Category of<br>Merchandise: Air fryers | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry<br>Number | Date of<br>Entry | Date of<br>Liquidation | Entry<br>Number | Date of<br>Entry | Date of<br>Liquidation |
|---|---|---|---|---|---|
| BUU-1331549-0 | January 5, 2020 | July 10, 2020 | | | |
| BUU-1337270-7 | February 1, 2020 | December 11, 2020 | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director, | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP |
| Port of San Francisco<br>555 Battery Street<br>Room 513<br>San Francisco, CA 94111 | 599 Lexington Avenue, 36th Floor<br>New York, New York 10022 |
| 415/782-9200 | 212/557-4000 |

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Air Fryer | 8516.60.4070 9903.88.03 | 0% ad val. 25% ad val. | 8516.79.0000 | 2.7% ad val. |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: <br><br> Customs' decision to deny the protests was incorrect as the goods are not classified as ovens under HTS subheading 8516.60.4070, but as other electrothermic appliances under HTS subheading 8516.79.0000. |

| |
|---|
| The issue which was common to all such denied protests: <br><br> Whether Customs' decision to deny the protests was improper. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

| March 29, 2021 | /s/ Robert F. Seely |
|---|---|
| *Date* | *Signature of Plaintiff's Attorney* |

10911885_1